UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

KATHIA ALMEIDA,

Plaintiff,

-v-

NYU LANGONE HOSPITALS,

Defendant.

---------------------------------------- X

24cv5677(DLC)

ORDER

DENISE COTE, District Judge:

The Court having received the defendant's letter of February 6, 2026, it is hereby

ORDERED that the initial pretrial conference conference scheduled for February 13 is adjourned to February 21, 2025 at 10:30 a.m. The conference shall take place in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
February 6, 2025

DENISE COTE
United States District Judge