# cerasia law llc
### employment lawyers

Alison L. Tomasco
646.525.4234
alison@cdemploymentlaw.com

**MEMO ENDORSED**

June 13, 2025

**BY ECF**

The Honorable Gary Stein
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Almeida v. NYU Langone Hospitals, 24-CV-5677-DLC-GS

Dear Judge Stein:

We represent the defendant NYU Langone Hospitals in this case. I write on behalf of the parties to request an adjournment of the June 20, 2025 settlement conference to September 3, 2025. The reason for this request is that the parties requested an extension of the discovery deadlines due to outstanding records from the Social Security Administration, which was granted by Judge Cote on May 5, 2025 (Dkt. No. 27). The parties have yet to commence depositions, and we believe that a settlement conference would be more fruitful after the completion of depositions. This is the parties' first request for an adjournment of the settlement conference. Thank you for Your Honor's consideration of this request.

                                        Respectfully submitted,

                                        CERASIA LAW LLC

                                        Alison L. Tomasco

cc: Jeffrey R. Maguire, Esq. (via e-filing)

Application granted. The June 20, 2025 settlement conference is hereby adjourned to September 3, 2025 at 10:00 a.m. in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Date: June 16, 2025
        New York, NY

**SO ORDERED:**

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

One Liberty Plaza | 165 Broadway, 23rd Floor | New York, New York 10006 | 646.525.4235
101 Eisenhower Parkway, Suite 300 | Roseland, New Jersey 07068 | 973.786.1368

www.cdemploymentlaw.com