**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
KATHIA ALMEIDA,

                              Plaintiff,

          -against-                                      24 **CIVIL** 5677 (DLC)

                                                         **JUDGMENT**

NYU LANGONE HOSPITALS.,

                              Defendant.
----------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 24, 2026, the NYU's December 8, 2025

motion for summary judgment is granted. Almeida's December 8, 2025 motion for partial

summary judgment is denied. Accordingly, the case is closed.

**Dated:** New York, New York.

          April 27, 202

                                             **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**

                              **BY:**
                                        _____
                                             **Deputy Clerk**